ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUN 26 PM 12: 12

CLERK _BMcCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TONY ALONZO BRADFORD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 106-045 |
| | ) | |
| HILTON HALL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, and this civil action is **CLOSED**. Petitioner's motion for reconsideration of the Magistrate Judge's order denying his motion for the appointment of counsel is **DENIED as MOOT**. (Doc. no. 7.)

SO ORDERED this 26th day of June, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE